IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCOTTRADE, INC., | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) Case No. 4:13-CV-01710 HEA |
| | ) |
| VARIANT HOLDINGS, LLC, | ) |
| VARIANT, INC., AND | ) |
| STEPHEN C. WREN, | ) |
| | ) |
| Defendants. | ) |

**CONSENT MOTION FOR EXTENSION OF TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT**

COME NOW Defendants Variant Holdings, LLC, Variant, Inc., and Stephen C. Wren ("Defendants") and, with consent of Plaintiff, respectfully requests forty-five (45) additional days, up to and including November 22, 2013, within which to answer or otherwise respond to Plaintiff's Complaint against them.

WHEREFORE, Defendants respectfully request additional time to answer or otherwise respond to Plaintiff's Complaint up to and including November 22, 2013.

Dated:  October 7, 2013                    Respectfully submitted,

/s/  Bridget L. Halquist
Bridget L. Halquist,  Bar No. 50317MO
CHACKES CARLSON & HALQUIST, LLP
906 Olive Street, Suite 200
St. Louis, Missouri 63101
Tel:  (314) 880-4472
Fax:  (314) 872-7017
bhalquist@cch-law.com

**ATTORNEYS FOR DEFENDANTS**

## CERTIFICATE OF SERVICE

I hereby certify that on October 7, 2013, the foregoing was filed electronically with the Clerk of the Court to be served by the operation of the Court's electronic filing system upon the following:

Thomas E. Douglass
John S. Kingston
One US Bank Plaza
St. Louis, Missouri 63101
tdouglass@thompsoncoburn.com
jkingston@thompsoncoburn.com

ATTORNEYS FOR PLAINTIFF


I also hereby certify that on October 7, 2013, the foregoing was mailed by United States Mail to any non-participants in Electronic Case Filing.


/s/  Bridget L. Halquist