UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| SCOTTRADE, INC., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Case No. 4:13-cv-01710-HEA |
| | ) | |
| VARIANT HOLDINGS, LLC, | ) | |
| VARIANT, INC. and STEPHEN C. WREN, | ) | |
| | ) | |
| Defendants. | ) | |

## NOTICE OF DISMISSAL

Plaintiff Scottrade, Inc., by and through its attorneys, hereby dismisses without prejudice

its claims against Defendant Variant Holdings, LLC (Count I of Plaintiff's Complaint), pursuant

to Fed. R. Civ. P. 41(a)(1)(A)(i).

Dated: November 22, 2013

Respectfully submitted,

THOMPSON COBURN LLP

By  */s/ John S. Kingston*
    Thomas E. Douglass, #23019MO
    John S. Kingston, #51403MO
    Felicia R. Williams, #63321MO
    One US Bank Plaza
    St. Louis, Missouri  63101
    314-552-6000
    FAX 314-552-7000
    tdouglass@thompsoncoburn.com
    jkingston@thompsoncoburn.com
    fwilliams@thompsoncoburn.com

*Attorneys for Plaintiff Scottrade, Inc.*

- 2 -

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2013, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.

*/s/ John S. Kingston*