UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| SCOTTRADE, INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Case No. 4:13-cv-01710-HEA |
| ) | |
| VARIANT HOLDINGS, LLC, ) | |
| VARIANT, INC. and STEPHEN C. WREN, ) | |
| ) | |
| Defendants. ) | |

## **PLAINTIFF SCOTTRADE, INC.'S REQUEST FOR RULE 16 CONFERENCE**

Pursuant to Federal Rules of Civil Procedure 16, Plaintiff Scottrade, Inc. ("Scottrade") respectfully requests this Court to enter an order setting a Rule 16 pretrial conference as soon as practicable thereafter.

In further support of its Request for Rule 16 Conference, Scottrade states as follows:

1. Scottrade filed this lawsuit on August 30, 2013.

2. The parties filed their Joint Proposed Scheduling Plan on December 13, 2013.

3. This matter is ripe for scheduling pursuant to Rule 16.

- 2 -

Respectfully submitted,

THOMPSON COBURN LLP


By  /s/ Thomas E. Douglass
    Thomas E. Douglass, #23019MO
    John S. Kingston, #51403MO
    Felicia R. Williams, #63321MO
    One US Bank Plaza
    St. Louis, Missouri  63101
    314-552-6000
    FAX 314-552-7000
    tdouglass@thompsoncoburn.com
    jkingston@thompsoncoburn.com
    fwilliams@thompsoncoburn.com

*Attorneys for Plaintiff Scottrade, Inc.*


**CERTIFICATE OF SERVICE**

I hereby certify that on January 15, 2013, the foregoing was filed electronically with the Clerk of Court to be served by operation of the Court's electronic filing system upon all counsel of record.


 /s/ Thomas E. Douglass